UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

_____
Bartuah, Alfreda                                         )
                                                                   )
             Debtors,                        )          CHAPTER 7
                                                                   )          CASE NO. 14-bk-10185
                                                                   )
_____)

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2014, a copy of the foregoing document Amended Statement of Financial Affairs, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on the following affected parties;

Citimortgage, Inc.
1000 Technology Drive
O'Fallon, MO 63368

National Grid
Po Box 11739
Newark, NJ 07101


                                                  _/s/ Todd S. Dion__
                                                  Todd S. Dion, Esq.